FILED
CLERK, U.S. DISTRICT COURT
MAR - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL R. BOURNES,<br><br>    Petitioner,<br><br>v.<br><br>DERRAL G. ADAMS, Warden,<br><br>    Respondent. | Case No. CV 07-0078-VAP (JTL)<br><br>**JUDGMENT** |

    In accordance with the Final Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 2/29/08

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE